1 | Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Kaylee Nye, | No. CV17-1268-PHX-DKD |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Fisher & Burns Financial, LLC, | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  June 26, 2017  .

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

Copy of the foregoing mailed and emailed
  June 26, 2017   to:

Fisher & Burns Financial, LLC
c/o Mark T. Kearney
MK SMITH
9891 Irvine Center Dr., Ste. 200
Irvine, CA 92618
mkearney@mks-law.com

Defendant

by  Floyd W. Bybee

- 2 -